AO 440 (Rev. 1/90) Summons in a Civil Action

United States District Court
Southern District of Texas
FILED
JAN 0 6 2004
Michael N. Milby
Clerk of Court

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  1-5-04 |
| NAME OF SERVER (PRINT)  Sam Wallace | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 203 N. Arroyo Blvd. Los Fresnos TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): delivered Personally to: Carmen I. Amaya, Store Manager

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-5-04 @ 4:01 PM

Signature of Server: Sam Wallace

Address of Server: 943 North Expressway #15-6
Brownsville, Tx. 78520

Carmen I. Amaya
Store Manager

MAC T5677-011
203 North Arroyo Boulevard
Los Fresnos, TX 78566
956 233-3606
956 233-3618 Fax
carmen.i.amaya@wellsfargo.com

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.