AO 440 (Rev.1/90) Summons in a Civil Action

| | | United States District Court |
|---|---|---|
| | | Southern District of Texas |
| | | FILED |
| **RETURN OF SERVICE** | | JAN 0 6 2004 |
| Service of the Summons and Complaint was made by me[1] | DATE  1-5-04 | Michael N. Milby |
| | | Clerk of Court |
| NAME OF SERVER (PRINT)  Sam Wallace | TITLE  Process Server | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 1650 Peredes line Rd. Brownsville Tx

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Persoally delivered to: Tom Fleming

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-5-04        Sam Wallace
              Date          Signature of Server
@ 11:21 AM

                              Address of Server
                              943 North Expressway #15-6
                              Brownsville, Tx. 78520

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.