UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOHN OCIE ROBERTS | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. B-04-002 |
| WELLS FARGO BANK, FORMERLY | § |
| FIRST VALLEY BANK, FORMERLY | § |
| RAYMONDVILLE STATE BANK, AND | § |
| TOM FLEMING | § |

## ORDER OF DISMISSAL

The Motion to Dismiss Pursuant to F.R.C.P. 12(b) filed by Defendants will be granted.

The Complaint of **John Roberts** is hereby dismissed pursuant to F.R.C.P. 12(b)(1), (3) & (6).

DATED this 9th day of Feb, 2004 in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

**COPIES:**
John Ocie Roberts, P. O. Box 1167, La Feria, Texas 78559
Tom Fleming, FLEMING & HERNANDEZ, P.C., 1650 Paredes Line Road, Suite 102, Brownsville, Texas
    78521-1602