United States District Court
Southern District of Texas
FILED

FEB 17 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| JOHN OCIE ROBERTS | § | |
| --- | --- | --- |
| | § | |
| | § | CAUSE NO. B-04-002 |
| V. | § | |
| | § | |
| WELLS FARGO BANK, FORMERLY | § | |
| FIRST VALLEY BANK, FORMERLY | § | |
| RAYMONDVILLE STATE BANK, AND | § | |
| TOM FLEMING | § | |

## MOTION TO REINSTATE

TO THE HONORABLE JUDGE:

John Ocie Roberts, Plaintiff, hereby files this his Motion to Reinstate case and for grounds would show:

**I.**

(1) Plaintiff has been informed that this court has dismissed the case. Plaintiff hereby requests leave to file his response to Defendants' motion to dismiss. Said response was not filed due to an inadvertent error and not as a conscious indifference for lack of due diligence.

(2) Plaintiff hereby shows the court that Defendants' continue to violate Plaintiff's rights as guaranteed by the Constitution of the United States of American and its Amendments.

(3) On Friday, the 13the of February 2004, during a hearing in a state court, the judge and Defendant Tom Fleming intimidated Plaintiff's attorney to the point that after a conference with the judge, Plaintiff's attorney resigned as Plaintiff's attorney and the court accepted said withdrawal. This is the third (3rd) attorney which withdraws as attorney for Plaintiff.

(4) As to the $5,000.00 sanctions that the court had levied on Plaintiff and his attorney, the court withdrew the sanctions from Plaintiff's attorney, due to the withdrawal and only levied them against Plaintiff.

(5) These sanctions were levied against Plaintiff and his attorney in that Plaintiff's attorney had had an ex parte conversation in order to obtain a temporary restraining order. (The law allows ex parte communications in obtaining temporary restraining orders.) Thoroughly, the Plaintiff is not being equally protected by the state courts in that he is being punished for a legal matter that everyone else may do.

(6). The Defendant recommend that this federal court had agreed with him that no harm was being done to Plaintiff by the dismissal of this case.

(7) The court then recessed the proceedings in order "to allow Plaintiff to obtain" counsel. In the sanctions hearing, although Plaintiff nor his attorney was present, Defendant had asked for $1,000.00 sanctions and the court then stated that $5,000.00 would be granted.

(8) Plaintiff has sounded his cause of action pursuant to 42 U.S.C. 1981 et seq., the Civil Rights Act. This law allows for equitable relief of which will be part of Plaintiff's prayer.

(9) The state trial court and the sheriff's office totally ignores that the property being executed on this Plaintiff's residential homestead. Yet everyone else has the protection of the law, but now when the Defendant Tom Fleming and Wells Fargo gets together with the state's judges.

(10) This visiting judge who overruled the elected judge's temporary restraining order is totally out of line with the law. He is a total stranger to the lawsuit yet he has the power

to come in and take over without legal authority, other than a Judge Roy Bean type authority.

(11) The state's elected judge is also wrong in allowing a total stranger to the lawsuit to come into his courtroom, obtain a case from the court's docket and overrule the judge's decision.

(12) This federal court should be left with such action of such an egregious nature that is should part a stop to such theft and such racketeering practices.

(13) The Texas Rule of civil Procedures mandate that another judge take over the court if a motion to recuse is filed. Not this judge, be overruled the motion to recuse and rule himself to stay on the case.

(14) There is no way that Defendant's can be stopped in their legal ways by the normal channels of the state government. Without this Court's intervention Plaintiff will suffer irreparable damage and so will many other people who do not have the intestinal fortitude to keep asking judge's, judge's, and more judge's.

(15) This all came about when the Defendant's did not credit Plaintiff's account on the federally insured bank an amount of fifty-two thousand ($ 52,000.00) he had paid into his account in said bank. Therefore, the bank is keeping all the money it was paid, the profits of various loans by third parties who paid off the bank and had used the borrowed money to pay into Plaintiff's account, and the properties Plaintiff had mortgaged to pay for the loan.

Wherefore, premises considered, Plaintiff prays that this case be reinstated in that this court has jurisdiction and the proper law were invoked for Plaintiff's causes of action.

Plaintiff prays this court sets aside the dismissal order.

Plaintiff prays for any other relief at law or in equity he is justly entitled to receive.

Dated FEBURARY 13, 2004

Respectfully submitted,

John Ocie Roberts
P. O. Box 1167
La Feria, TX 78559

## Verification

I John Roberts certifies that all the statements stated in my motion to reinstate are true and correct, from my own personal knowledge and I state it under penalty of perjury.

John Ocie Roberts

Sworn and subscribed to and acknowledged before me, a notary public on this the 17th day of February 2004.

Notary Public

SANDY J. ESCAMILLA
Notary Public
STATE OF TEXAS
My Comm. Exp 10-20-2007

4

## CERTIFICATE of SERVICE

I certify that a true and correct copy of this motion has been sent by U.S. Postal Service-Certified Mail, return receipt requested on this the 16TH day of FEBOARY 2004.

*John Ocie Roberts* (signature)
John Ocie Roberts