United States District Court
Southern District of Texas
FILED

FEB 2 4 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOHN OCIE ROBERTS | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. B-04-002 |
| WELLS FARGO BANK, FORMERLY | § |
| FIRST VALLEY BANK, FORMERLY | § |
| RAYMONDVILLE STATE BANK, AND | § |
| TOM FLEMING | § |

## RESPONSE TO PLAINTIFF'S MOTION TO REINSTATE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants **Wells Fargo Bank and Tom Fleming** file this response to the Motion to Reinstate filed by Plaintiff **John Ocie Roberts**:

1. Defendants object to the Plaintiff's Response to Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b) as untimely and in violation of Rule 12(a) and Local Rule 6D and E.

2. Plaintiff's Motion to Reinstate does not set out any basis for subject matter jurisdiction not contained in his Complaint. Plaintiff attempts to bootstrap himself by asserting his interpretation of events which occurred after his Complaint was dismissed. These events, such as the withdrawal of his attorney in State Court, do not create federal jurisdiction either facially or factually so as to preclude dismissal under Rule 12(b)(1).

3. The motion admits that Plaintiff is engaged in litigation in State Court in which the issues about which he complains are being considered. No issues alleged

by Plaintiff in his motion create exclusive subject matter nor a federal question under 28 U.S.C. § 1331. Neither Plaintiff's Complaint nor his Motion to Reinstate set out any of the grounds for original jurisdiction of this Court required in 28 U.S.C. § 1332. His motion, therefore, cannot survive a challenge under Rule 12(b)(1).

4.  Plaintiff's Motion to Reinstate, even if read in a light most favorable to Plaintiff, asserts no claim upon which relief can be granted. His allegations of wrongful conduct by the State Courts, including the Supreme Court of Texas, are matters which are handled by the State Courts and/or their administrative agencies. Plaintiff's motion cannot survive a challenge under Rule 12(b)(6).

Defendants move Plaintiff's Motion to Reinstate be denied.

DATED: February 23, 2004.

Respectfully submitted,

**FLEMING & HERNANDEZ, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602
Telephone: (956) 982-4404
Telecopier: (956) 982-0943

by: _____
Tom Fleming
State Bar of Texas No. 07133000
Federal I.D. No. 1188

**ATTORNEYS FOR DEFENDANTS,
WELLS FARGO BANK and TOM FLEMING.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **RESPONSE TO PLAINTIFF'S MOTION TO REINSTATE** was served February 23, 2004 in the manner(s) indicated below upon the following:

       **PLAINTIFF, JOHN OCIE ROBERTS:**
       John Ocie Roberts, *pro se*
       P. O. Box 1167
       La Feria, Texas 78559
       *(CERTIFIED U. S. MAIL, R.R.R., #7002 2030 0007 1000 3706)*

                                          _____
                                          Tom Fleming