# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAR 2 2 2004

Michael N. Milby
Clerk of Court

## NOTICE OF HEARING

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-002 |
| | § | |
| WELLS FARGO BANK, ET AL | § | |

TYPE OF CASE:        __X__ CIVIL                                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING: **HEARING ON PLAINTIFF'S MOTION TO REINSTATE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**THIRD FLOOR COURTROOM, #6
BEFORE JUDGE ANDREW S. HANEN**

DATE AND TIME: APRIL 5, 2004 @ 10:00 AM

Michael N. Milby, Clerk

BY: _/s/ Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE: March 22, 2004

TO: John Ocie Roberts
    Tom Fleming
    Dan Huerta, Dep. Sheriff