UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOHN OCIE ROBERTS | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. B-04-002 |
| WELLS FARGO BANK, FORMERLY | § |
| FIRST VALLEY BANK, FORMERLY | § |
| RAYMONDVILLE STATE BANK, AND | § |
| TOM FLEMING | § |

### DEFENDANT WELLS FARGO BANK'S
### MOTION REQUESTING LEAVE FOR APPEARANCE OF SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant **Wells Fargo Bank**, and pursuant to Local Rule 11 would respectfully show the Court as follows:

1.   Mr. Tom Fleming was the original attorney of attorney for Defendant Wells Fargo Bank in this case as indicated in the original "Motion to Dismiss" filed January 9, 2004. Subsequent to said motion being filed, an "Order of Dismissal" was entered February 10, 2004.

2.   The Plaintiff has filed a pleading entitled "Motion to Reinstate"; said hearing is scheduled for April 5, 2004.

3.   Because Mr. Tom Fleming is listed as an individual Defendant in this case, Defendant Wells Fargo Bank designates the law firm of Rolando Olvera, P.C., specifically Mr. Rolando Olvera, as attorney of record for the purpose of this hearing.

WHEREFORE PREMISES CONSIDERED, Defendant **Wells Fargo Bank** respectfully requests leave from this Court to allow the law firm of Rolando Olvera, P.C. to appear

as attorney of record for Defendant **Wells Fargo Bank** at the hearing scheduled for the Plaintiff's "Motion to Reinstate" the case.

DATED: <u>April 1, 2004</u>.

        Respectfully submitted,

        **ROLANDO OLVERA, P.C.**
        1650 Paredes Line Road, Suite 102
        Brownsville, Texas  78521-1602
        Telephone:  (956) 982-4404
        Telecopier:  (956) 982-0943

        By: _____
        Rolando Olvera
        State Bar of Texas No. 15278676
        Federal I.D. No. 14673

        **ATTORNEYS FOR DEFENDANT,**
        **WELLS FARGO BANK.**

## CERTIFICATE OF CONFERENCE

The movant has been unable to confer with the Plaintiff in accordance with Local Rule 7. The movant would state that neither the Plaintiff's Original Complaint nor the Plaintiff's Motion to Reinstate contain a phone number at which the Plaintiff may be reached for conference. In addition, the Plaintiff's last known home phone number of (956) 797-0027 is disconnected. In summary, movant has been unable to confer with the Plaintiff with respect to this motion.

        _____
        Rolando Olvera

**DEFENDANT WELLS FARGO BANK'S**
**MOTION REQUESTING LEAVE FOR APPEARANCE OF SUBSTITUTE COUNSEL**   Page 2 of 3
RO/elt #972277  L:\WARNKE\FLEMING\Roberts,John\8-04-002\Appearance-Mot.wpd

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **DEFENDANT WELLS FARGO BANK'S MOTION REQUESTING LEAVE FOR APPEARANCE OF SUBSTITUTE COUNSEL** was served on <u>April 1, 2004</u> in the manner(s) indicated below upon the following:

    **PLAINTIFF, JOHN OCIE ROBERTS:**
    John Ocie Roberts, *pro se*
    P. O. Box 1167
    La Feria, Texas 78559
    <u>*(CERTIFIED U. S. MAIL, R.R.R., #7002 2030 0007 1000 3355)*</u>

    **Tom Fleming**
    FLEMING & HERNANDEZ, P.C.
    1650 Paredes Line Road, Suite 102
    Brownsville, Texas 78521-1602
    <u>*(HAND-DELIVERY)*</u>

_____
Rolando Olvera