UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-04-002 |
| WELLS FARGO BANK, FORMERLY | § | |
| FIRST VALLEY BANK, FORMERLY | § | |
| RAYMONDVILLE STATE BANK, AND | § | |
| TOM FLEMING | § | |

## ORDER

Came on to be considered Defendant **Wells Fargo Bank's** Motion Requesting Leave for Appearance of Substitute of Counsel and after due consideration of same, this Court is of the opinion that said motion should be granted.

IT IS THEREFORE ADJUDGED ORDER AND DECREED that the law firm of Rolando Olvera, P.C., specifically Mr. Rolando Olvera, shall be allowed to appear as attorney of record for Defendant **Wells Fargo Bank** at the hearing scheduled for April 5, 2004, with respect to the Plaintiff's "Motion to Reinstate".

DATED this 5th day of April, 2004.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:
John Ocie Roberts
    P. O. Box 1167, La Feria, Texas  78559
Tom Fleming
    FLEMING & HERNANDEZ, P.C., 1650 Paredes Line Road, Suite 102, Brownsville, Texas 78521-1602
Rolando Olvera
    ROLANDO OLVERA, P.C., 1650 Paredes Line Road, Suite 102, Brownsville, Texas 78521-1602