THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED
APR 0 5 2004
Michael N. Milby
Clerk of Court

### HEARING ON PLAINTIFF'S MOTION TO REINSTATE

CIVIL ACTION NO. B-04-002     DATE & TIME: 4/5/04 @ 9:52 - 10:06 a.m.
                                          COUNSEL:

| | | |
|---|---|---|
| JOHN OCI ROBERTS | § | John Ocie Roberts, Pro SE |
| VS | § | |
| WELLS FARGO BANK, TOM FLEMING | § | Rolando Olvera/Tom Fleming |
| DAN HUERTA | § | John Olson |

Courtroom Deputy: Irma Soto
Law Clerk:        Christan Southwick
Court Reporter:   Barbara Barnard
CSO:              Tony Yanes

Case called on the docket. John Ocie Roberts, Plaintiff, appeared pro se. Rolando Olvera appeared for Deft, Wells Fargo. Tom Fleming, Deft, appeared pro se. John Olson, Assistant Atty for the Civil litigation for Cameron County and Dan Huerta, Deputy Sheriff are present.

Court addresses Plaintiff's Motion to Reinstate and is GRANTED orally. Defts have until 4/16/04 to respond. Defts have until 5/7/04 to file their Motion for Summary Judgment and Plaintiff has until 5/28/04 to respond. Oral Argument is set for 6/1/04 @ 1:30 p.m. Discovery cutoff is set for 7/17/04. Case is set for Final Pretrial on 8/10/04 @ 1:30 p.m. and is set for Jury Selection on 8/12/04 @ 9:00 a.m.

Court is adjourned.