IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 0 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-002 |
| | § | |
| WELLS FARGO BANK, ET AL | § | |

## Scheduling Order

1. Trial: Estimated time to try: ____ days.   ☐ Bench  ■ Jury

2. New parties must be joined by: _____

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: _____

4. The defendant's experts must be named with a report furnished by: _____

5. Discovery must be completed by:   July 16, 2004
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by: _____
   Non-Dispositive Motions will be filed by: _____

6a. The defendants will file Motions for summary judgment by:   May 7, 2004
    The Plaintiff to respond by:   May 28, 2004

************************ The Court will provide these dates. *************************

7. Joint pretrial order is due: _____

   *The plaintiff is responsible for filing the pretrial order on time.*

7a. Oral Argument is set for 1:30 p.m. on:   June 1, 2004
8. Docket Call is set for 1:30 p.m. on:   August 10, 2004

9. Jury Selection is set for 9:00 a.m. on:   August 12, 2004

The case will remain on standby until tried.

Signed this the 5th day of April, 2004.

Andrew S. Hanen
United States District Judge

xc: **ALL COUNSEL OF RECORD**