

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-04-002 |
| WELLS FARGO BANK, FORMERLY | § | |
| FIRST VALLEY BANK, FORMERLY | § | |
| RAYMONDVILLE STATE BANK, AND | § | |
| TOM FLEMING | § | |

# MOTION FOR SUMMARY JUDGMENT
# OF
# DEFENDANT TOM FLEMING

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

This motion for summary judgment is brought pursuant to Federal Rules of Civil Procedure 56(b).

1. This Defendant **Tom Fleming** is an attorney who engaged in the representation of **Wells Fargo Bank**, a Co-Defendant herein, in the course of seeking to collect a judgment of the 138th District Court of Willacy County, Texas. The judgment giving rise to the writ of execution issued by the District Clerk of Willacy County, Texas is final and was final when that legal process was issued. Copies of the judgment, the opinion of the Thirteenth Court of Appeals and the Texas Supreme Court's denial of the petition for review are attached as Exhibits A, B and C, respectively.

2. Plaintiff **John Ocie Roberts** has alleged that he is not able to obtain the services of an attorney because this Defendant "threatened Plaintiff's attorney".

Plaintiff also alleges that this Defendant wrote to the state judges "setting certain guidelines they must follow" and, finally, alleges that this Defendant was attempting to execute on the judgment while that judgment was before the Texas Supreme Court on appeal.

3.  In support of his allegations, Plaintiff has attached to his Complaint copies of three letters between this Defendant and Plaintiff's counsel exchanged during the pendency of a state court action referenced in each letter. Plaintiff also attaches to his Complaint a letter to the Presiding Judge of the Fifth Administrative Judicial Region from this Defendant in which Defendant requests a hearing in the event an *ex parte* request is made by Plaintiff for a temporary restraining order. Each such correspondence was either to Plaintiff's counsel or shared with Plaintiff's counsel. Each such correspondence was made in this Defendant's representation of his client in the suit referenced in those letters.

4.  Plaintiff has also asserted by sworn testimony in the pending state court action that he is pursuing claims for fraud before the United States District Court. A copy of the transcript of such testimony is attached hereto as Exhibit D. Plaintiff's fraud assertion may be found at page 34, lines 6-13.

5.  Plaintiff has engaged in a standard practice of bringing suit against opposing counsel throughout his litigation against **Wells Fargo Bank** and its predecessors. During the course of the litigation giving rise to judgment against him, Plaintiff sued this Defendant, Defendant's law firm and each member of that law firm.

<u>See</u> Affidavit of Tom Fleming attached hereto as Exhibit E. During that litigation, Plaintiff filed for protection under the United States Bankruptcy Act and filed an adversary action against this Defendant and each member of Defendant's law firm. A copy of the Complaint in that adversary action is attached hereto as Exhibit F. That matter was dismissed pursuant to Rule 12(a), F.R.C.P. A copy of that order is attached hereto as Exhibit G.

6.  In the absence of a supersedeas bond, a writ of execution was requested by this Defendant on behalf of his client, was issued and was processed by the Cameron County Sheriff against Plaintiff's assets. Three parcels of real property were sold at public sale on January 6, 2004. A copy of the writ of execution is attached to Plaintiff's Complaint and referenced herein for all purposes.

7.  There exist no controverted issues of fact, and the matters before this Court are all matters of law. Plaintiff has not alleged nor can he allege that this Defendant took any action outside his responsibilities to his client in the course of pursuit of satisfaction of a judgment issued more than 30 days before issuance of the writ of execution. Plaintiff does not allege nor can he allege the existence of a supersedeas bond to stay the enforcement of the judgment.

8.  This Defendant is entitled to summary judgment on all Plaintiff's causes of action stated against him on the basis that his acts were taken in the course of complying with his duties to his client, **Wells Fargo Bank**, for which he is not liable to the opposing party. This Defendant is also entitled to summary judgment on all

Plaintiff's stated causes of action for failure of such allegations to state a valid cause under statutory or common law.

WHEREFORE, this Defendant prays entry of summary judgment on all causes of action alleged in Plaintiff's Complaint.

DATED: May 3, 2004.

        Respectfully submitted,

        **FLEMING & HERNANDEZ, P.C.**
        1650 Paredes Line Road, Suite 102
        Brownsville, Texas 78521-1602
        Telephone: (956) 982-4404
        Telecopier: (956) 982-0943

        by: _/s/ Tom Fleming_
        Tom Fleming
        State Bar of Texas No. 07133000
        Federal I.D. No. 1188

        **ATTORNEYS FOR DEFENDANT, TOM FLEMING.**

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing **MOTION FOR SUMMARY JUDGMENT OF DEFENDANT TOM FLEMING** were served May __3__, 2004 in the manner(s) indicated below upon the following:

**PLAINTIFF, JOHN OCIE ROBERTS,** *Pro Se*:
Mr. John Ocie Roberts
P. O. Box 1167
La Feria, Texas 78559
*(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1000 4147)*

**COUNSEL FOR DEFENDANT, WELLS FARGO BANK:**
Mr. Rolando Olvera
ROLANDO OLVERA, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602
*(HAND DELIVERY)*

**COUNSEL FOR DAN HUERTA:**
Mr. John A. Olson
CAMERON COUNTY COMMISSIONERS' COURT
CIVIL LEGAL DIVISION
964 East Harrison Street, Suite 420
Brownsville, Texas 78520
*(FIRST CLASS UNITED STATES MAIL)*

_____
Tom Fleming

**MOTION FOR SUMMARY JUDGMENT**
**OF DEFENDANT TOM FLEMING**
TF/bgw #972277  L:\WARNKE\FLEMING\Roberts,John\B-04-002\SJM-TF.wpd

Page 5 of 5