IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| Plaintiff | § | |
| v | § | CIVIL ACTION NO. B-04-02 |
| WELLS FARGO BANK, ET.AL. | § | |
| Defendant, | § | |

## MOTION FOR LEAVE TO FILE
## JOINT CASE MANAGEMENT PLAN

COMES NOW, John Ocie Roberts, and files this his Motion for Leave to File Joint Case Management Plan and would respectfully show the Court the following:

I.

Movant inadvertently did not file a case management plan.

II.

This failure was not due to a conscious disregard but of an oversight.

WHEREFORE, Movant prays that this case management be allowed in.

Respectfully Submitted by,

*/s/ John Ocie Roberts*
John Ocie Roberts
P. O. Box 1167
La Feria, Texas 78559

## VERIFICATION

BEFORE ME, undersigned authority, personally appeared JOHN OCIE ROBERTS, known to me to be the person whose name is subscribed below, and upon being duly sworn he deposed and said:

My name is JOHN OCIE ROBERTS, I am the Appellant in the above entitled and numbered cause. I am over the age of 18, of sound mind and competent in all respects to make this affidavit.

I have personal knowledge of the facts stated herein and all facts are true and correct.

_____
JOHN OCIE ROBERTS

SWORN AND SUBSCRIBED to before me on the 6th day of May 2004.

_____
Notary Public in and for the State of Texas

Leonor Hilda Ramirez
Printed Name of Notary Public
My Commissions Expires: 12/11/2006

[Seal: LEONOR HILDA RAMIREZ, MY COMMISSION EXPIRES December 11, 2006]

## **CERTIFICATE OF SERVICE**

I, John Ocie Roberts,, certify that on the ___ day of ___MAY___ 2004, I served a true and correct copy of the foregoing Motion for Leave to File Joint Case Management Plan, by Hand Delivery to the following counsel of record, John Owenson, Tom Fleming, and Rolando Olvera, Attorneys-at-Law.

_____
John Ocie Roberts