UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **JOHN OCIE ROBERTS** | § |
| | § |
| **VS.** | § |
| | § CIVIL ACTION NO. B-04-002 |
| **WELLS FARGO BANK, FORMERLY** | § |
| **FIRST VALLEY BANK, FORMERLY** | § |
| **RAYMONDVILLE STATE BANK, AND** | § |
| **TOM FLEMING** | § |

# OBJECTION
# TO
# PLAINTIFF'S JOINT DISCOVERY/CASE MANAGEMENT PLAN

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendants **Wells Fargo Bank and Tom Fleming** file this objection to the Joint Discovery/Case Management Plan filed by Plaintiff **John Ocie Roberts**.

1.  No meeting has been attempted nor held between counsel or parties in this case. Neither Defendants nor counsel for Defendants have refused to confer.

2.  Plaintiff's factual assertions in the plan are, in part, erroneous. As illustration, the suit Plaintiff filed in the 138th District Court of Cameron County, Texas has been transferred to the 107th District Court and consolidated with Cause No. 2003-12-5738-A.

3.  Plaintiff intends to continue designation of witnesses and experts, written discovery and oral depositions beyond the date set by this Court for jury selection.

4. The Plaintiff's Joint Discovery/Case Management Plan does not contain the signatures of all counsel and unrepresented parties as required nor does it even correctly list all counsel and unrepresented parties.

5. The Scheduling Order entered by this Court on April 6, 2004 contains all deadlines required for the parties to properly prepare for an conduct discovery.

Defendants pray Plaintiff's Joint Discovery/Case Management Plan not be filed nor considered by the Court as any agreement under Federal Rules of Civil Procedure 26(f).

DATED: May /0 , 2004.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **COUNSEL FOR DEFENDANT, TOM FLEMING.** | **COUNSEL FOR DEFENDANT, WELLS FARGO BANK:** |
| **FLEMING & HERNANDEZ, P.C.** | **ROLANDO OLVERA, P.C.** |
| 1650 Paredes Line Road, Suite 102 | 1650 Paredes Line Road, Suite 102 |
| Brownsville, Texas 78521-1602 | Brownsville, Texas 78521-1602 |
| Telephone: (956) 982-4404 | Telephone: (956) 982-4404 |
| Telecopier: (956) 982-0943 | Telecopier: (956) 982-0943 |
| by: _____ | by: _____ |
| Tom Fleming | Rolando Olvera |
| State Bar of Texas No. 07133000 | State Bar of Texas No. 15278676 |
| Federal I.D. No. 1188 | Federal I.D. No. 14673 |

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing **OBJECTION TO PLAINTIFF'S JOINT DISCOVERY/CASE MANAGEMENT PLAN** were served May _10_, 2004 in the manner(s) indicated below upon the following:

**PLAINTIFF, JOHN OCIE ROBERTS,** *Pro Se*:
Mr. John Ocie Roberts
P. O. Box 1167
La Feria, Texas 78559
*(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1000 2679)*

**COUNSEL FOR DEFENDANT, WELLS FARGO BANK:**
Mr. Rolando Olvera
ROLANDO OLVERA, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602
*(HAND DELIVERY)*

**COUNSEL FOR DAN HUERTA:**
Mr. John A. Olson
CAMERON COUNTY COMMISSIONERS' COURT
CIVIL LEGAL DIVISION
964 East Harrison Street, Suite 420
Brownsville, Texas 78520
*(FIRST CLASS UNITED STATES MAIL)*

_____
Tom Fleming