United States District Court
Southern District of Texas
FILED

JUN 0 2 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

ORAL ARGUMENTS
(not held)

CIVIL ACTION NO. **B-04-2**   DATE & TIME: **6/1/04 @ 2:02 - 2:05 p.m.**

COUNSEL:

| | | |
|---|---|---|
| **JOHN OCIE ROBERTS** | § | John Ocie Roberts (Pro Se) |
| VS | § | |
| **WELLS FARGO** | § | Rolando Olvera, Jr. |
| **TOM FLEMING** | § | Tom Fleming |
| **DAN HUERTA** | § | John Andrew Olson |

Courtroom Deputy: Irma Soto
Law Clerk:         Figueroa
Court Reporter:    Barbara Barnard
CSO:               Christian Southwick

Case called on the docket. John Ocie Roberts appeared Pro Se. Rolando Olvera, Jr. appeared for Deft, Wells Fargo. Tom Fleming appeared pro se. John Andrew Olson appeared for Deft, Dan Huerta. All parties announced present and ready.

Mr. Roberts requests an oral motion for continuance. GRANTED without objection. Hearing is reset to 6/28/04 @ 1:30 p.m.

Deft Huerta has filed a 12b motion and might be considered as a motion for summary judgment and a 10-day notice is given by the Court. Counsel for Mr. Huerta have until the 11th to file any additional pleadings or material in support if it is considered as a motion for summary judgment. Mr. Roberts has until the 25th to file anything in response. Defendants have until the 11th to respond to Mr. Roberts response to the Bank's and Mr. Fleming's motion for summary judgment.

Court is adjourned.