UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-04-002 |
| WELLS FARGO BANK, FORMERLY | § | |
| FIRST VALLEY BANK, FORMERLY | § | |
| RAYMONDVILLE STATE BANK, | § | |
| AND TOM FLEMING | § | |

## MOTION FOR LEAVE TO FILE LATE PLAINTIFF'S SUPPLEMENT TO DEFENDANT'S REPLIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, John Ocie Roberts, herein after referred to as Movant, and files this his Motion for Leave to File Late Plaintiff's Supplement to Defendant's Replies in the above styled and numbered cause, and for grounds would show the Court the following:

I.

A. The Plaintiff supplements were due to be filed on the 25th day of June 2004.

B. The supplements are attached to this motion.

C. The need for an extension developed in that there was an abundance of replies to answer.

D. There has been one prior requests for extensions on the part of Plaintiff. He had all supplements prepared however, he failed to get to the Court house before 5:00 p.m. Movant has been diligent however, he was overwhelmed with work with three replies.

This motion is brought in the interest of justice and there was no conscious indifference. The copies are certified or originals or originals or originals copies as received Plaintiff.

Respectfully submitted,

*John Ocie Roberts*
John Ocie Roberts, Pro Se
P. O. Box 1167
La Feria, Texas 78559

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document and has had been hand delivered on this the 25 day of June, 2004 to the opposing counsel.

*John Ocie Roberts*
John Ocie Roberts

STATE OF TEXAS          ]

COUNTY OF WILLACY   ]

## **VERIFICATION**

    I hereby certify, that I, John Ocie Roberts, have read all the allegations stated in the Motion for Leave to File Late Plaintiff's Supplement to Defendant's Replies, and all statements are true and correct from my own personal knowledge.

_____/s/_____
John Ocie Roberts

    SWORN AND SUBSCRIBED TO BEFORE ME, the undersigned notary, on this the ____day of_____2004, which witness my hand and seal.

_____
Notary Public- State of Texas