THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED

ORAL ARGUMENTS

JUN 2 9 2004

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-04-002      DATE & TIME: 6/28/04 @ 1:37 - 3:07 p.m.
                               COUNSEL:

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | John Ocie Roberts (Pro Se) |
| VS | § | |
| WELLS FARGO | § | Rolando Olvera, Jr. |
| TOM FLEMING | § | Tom Fleming |
| DAN HUERTA | § | John Andrew Olson |

Courtroom Deputy: Irma Soto
Law Clerk:        Delgado
Court Reporter:   Barbara Barnard
CSO:              Christian Southwick


Case called on the docket. John Ocie Roberts appeared Pro Se. Rolando Olvera, Jr. appeared for Deft, Wells Fargo. Tom Fleming appeared pro se. John Andrew Olson appeared for Deft, Dan Huerta. All parties announced present and ready.

Court addresses Motions for Summary Judgment filed by the parties. After arguments of counsel, Court instructs parties that any filings or responses to be filed by 7/6/04 by 5:00 p.m. Court will issue its opinion.

Court is adjourned.