United States District Court
Southern District of Texas
FILED

AUG 0 5 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | CIVIL ACTION NO. B-04-002 |
| | § | |
| vs. | § | |
| | § | |
| WELLS FARGO BANK ET AL | § | JURY |

## MOTION FOR NEW TRIAL AND TO MODIFY JUDGMENT

TO THE HONORABLE JUDGE ANDREW S. HANES:

Plaintiff, John Ocie Roberts, files this his Motion for New Trial and to Modify Judgment and requests that this Court reconsider its order of July 26, 2004, and in the alternative to modify its contents, and for ground would show the following:

### I.
### BACKGROUND

1. Plaintiff requests that this Court realize that it was not Wells Fargo Bank, itself, that created this problem. It was a predecessor, the Raymondville State Bank. Therefore, the people were others however, the damaged party, your Plaintiff, is the one which was harmed.

2. It is important to note that the subject property has never been foreclosed. It is probably because the Bank has not been able to determine whether there is a balance on the note or not.

3. This instant case is generated not due to Plaintiff's default on the note nor the subsequent foreclosure, (there has been no foreclosure, never, never) but it was due to Plaintiff's asking the bank for an accounting and the bank could not come up with the file in 1997 nor has it been able to bring in a complete file.

4. The state courts ignored Plaintiff in his quest for the determination of his suit. One of the stunts the attorneys did was to take parts of the file out of Willacy County, Texas and take them to Brownsville, Cameron County, Texas and have the judge rule on the case in Brownsville.

5. On October 27, 2003, Sheriff Huerta was to execute on a judgment on a homestead and the order he was to execute on was not mature. The order was for attorney fees and the case was still pending in appeal in the Supreme Court. Yet, the Defendants wanted to get paid as if the final outcome had been decided.

6. The property was sold on January 6, 2004. It happened the following way as the record shows:

   1) a real, duly elected, Court granted a temporary restraining order on the Sheriff and ordered not

to sell;

    2) defendant attorney, Fleming, went to an individual who is a retired judge;

    3) that individual without authority, came into the case and canceled the real judge's temporary restraining order;

    4) the Sheriff received that order canceling the real judge's order on the temporary restraining order;

    5) that order was not served to the Sheriff, it was hand carried by an individual who is not qualified to serve papers;

    6) how Plaintiff knows that is because that order was not filed until eight (8) days after the sale, therefore the clerk could not have issued citation;

    7) it is a crime to interfere with a judge and it is a crime to act as a judge when the individual is not a judge. (The first, is a misdemeanor and the latter is a felony)

    8) this case did not trickle to the federal court, Plaintiff ran to the federal courts when that last crime was committed against him.

This is a case which shows anarchy and oligarchy. Those Defendant lawyers do as they wish and the judges will commit felonies just to defend them.

On the issue of suspension of enforcement:

The crux of the matter is misplaced. The order was conditional order i.e., if taken to the supreme court and Plaintiff would lose, then Defendants would get paid. If the supreme court had not finished, then the order was not yet enforceable.

As a side note, would this Court be willing to go to the district court's case and over rule one of those cases? Well, why not.

Just because an individual is a retired judge, he can not go into the case of a duly elected judge and overrule the duly elected judge's orders.

WHEREFORE, Plaintiff prays that this Court either reverse its rulings or state the truth of the case. Plaintiff prays for any other relief.

                              Respectfully submitted,

                              John Ocie Roberts, Pro Se
                              P. O. Box 1167
                              La Feria, Texas 78589

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for New Trial and to Modify Judgment had been hand delivered on this the 5TH day of August, 2004.

/John Ocie Roberts

STATE OF TEXAS ]

COUNTY OF WILLACY ]

## VERIFICATION

I hereby certify that the following documents is taken from the original that I filed and is true and correct and from my own personal knowledge.

_____
John Ocie Roberts

SWORN AND SUBSCRIBED TO BEFORE ME, the undersigned notary, on this the 5th day of August 2004, which witness my hand and seal.

_____
Notary Public State of Texas

