UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **JOHN OCIE ROBERTS** | § | |
| | § | |
| **VS.** | § | |
| | § | CIVIL ACTION NO. B-04-002 |
| **WELLS FARGO BANK, FORMERLY** | § | |
| **FIRST VALLEY BANK, FORMERLY** | § | |
| **RAYMONDVILLE STATE BANK, AND** | § | |
| **TOM FLEMING** | § | |

### REPLY OF DEFENDANT TOM FLEMING
### TO PLAINTIFF'S MOTION FOR NEW TRIAL AND TO MODIFY JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant **Tom Fleming** files this reply to Plaintiff's motion requesting a new trial and modification of this Court's summary judgment entered July 26, 2004.

1.  Plaintiff's motion does not contain any authority for his request nor was it accompanied by a brief of authority as required by Local Rule 6(A)(2) for pretrial motions and Brownsville Division Rule 5(H) for all motions.

2.  Plaintiff's motion fails to clearly establish either a manifest error of law or fact or newly discovered evidence. *Rosenzweig v. Azurix Corp.*, 332 F.3d 854, 863 (5th Cir. 2003).

3.  In this circuit, a new trial may be granted on the basis of newly discovered evidence if "(1) the facts discovered are of such a nature that they would probably change the outcome; (2) the facts alleged are actually newly discovered and could not have been discovered earlier by proper diligence; and (3) the facts are not

merely cumulative or impeaching". *Farm Credit Bank v. Guidry*, 110 F.3d 1147, 1154 (5th Cir. 1997) overruled on other grounds *Orso V. Orso*, 283 F.3d 686 (5th Cir. 2002).

4.   Plaintiff's motion reiterates facts previously argued to this Court and certainly known to Plaintiff prior to entry of the summary judgment. Assuming, *arguendo*, that Plaintiff's facts were newly discovered, none could change the outcome of this Court's order concerning an attorney's immunity for actions taken in litigation. The facts set out in Plaintiff's motion, if not identical to the facts previously urged, are certainly cumulative or impeaching.

5.   Rule 59, Federal Rules of Civil Procedure, requires adequate grounds for granting a new trial or amending the entered judgment.

This Defendant prays Plaintiff's motion be DENIED.

DATED:  August 6, 2004.

                              Respectfully submitted,

                              **FLEMING & HERNANDEZ, P.C.**
                              1650 Paredes Line Road, Suite 102
                              Brownsville, Texas  78521-1602
                              Telephone:  (956) 982-4404
                              Telecopier:  (956) 982-0943

**ATTORNEYS FOR DEFENDANT,**              by: _____
**TOM FLEMING.**                           Tom Fleming
                                           State Bar of Texas No. 07133000
                                           Federal I.D. No. 1188
                                           **Jeffrey G. Mathews**
                                           State Bar of Texas No. 24013115
                                           Federal I.D. No. 24499

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing **REPLY OF DEFENDANT TOM FLEMING TO PLAINTIFF'S MOTION FOR NEW TRIAL AND TO MODIFY JUDGMENT** were served <u>August 6, 2004</u> in the manner(s) indicated below upon the following:

> **PLAINTIFF, JOHN OCIE ROBERTS,** *Pro Se*:
> Mr. John Ocie Roberts
> P. O. Box 1167
> La Feria, Texas 78559
> <u>(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1000 5366)</u>
>
> **COUNSEL FOR DEFENDANT, WELLS FARGO BANK:**
> Mr. Rolando Olvera
> SPAIN & OLVERA
> 103 East Price Road, Suite A
> Brownsville, Texas 78521
> <u>(FIRST CLASS UNITED STATES MAIL)</u>
>
> **COUNSEL FOR DAN HUERTA:**
> Mr. John A. Olson
> CAMERON COUNTY COMMISSIONERS' COURT
> CIVIL LEGAL DIVISION
> 964 East Harrison Street, Suite 420
> Brownsville, Texas 78520
> <u>(FIRST CLASS UNITED STATES MAIL)</u>

_____
Tom Fleming