IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOHN OCIE ROBERTS § | |
| § | |
| VS. § | CIVIL ACTION NO. B-04-002 |
| § | |
| WELLS FARGO BANK, ET AL. § | |

### DEFENDANT WELLS FARGO BANK'S RESPONSE TO PLAINTIFF'S "MOTION FOR NEW TRIAL AND TO MODIFY JUDGMENT"

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Wells Fargo Bank, Defendant herein, and files this response to Plaintiff's "Motion for New Trial and to Modify Judgment" and would respectfully show the court as follows:

1.

Defendant can neither admit nor deny the allegations referenced in paragraph number 1.

2.

Defendant admits the subject real estate was sold subject to a valid writ of execution, and not foreclosed upon, but denies the remainder of the allegations contained in paragraph number 2.

3.

Defendant denies the allegations stated in paragraph number 3.

4.

Defendant denies the allegations referenced in paragraph number 4.

5.

Defendant can neither admit nor deny the allegations referenced in paragraph number 5.

6.

Defendant admits the subject real estate was sold via a valid writ of execution on January 6, 2004; however, Defendant denies the remainder of the allegations stated in paragraph number 6.

7.

## *CONCLUSION*

In summary, the Plaintiff's motion fails to comply with the "Local Rules", and further sets forth no basis in law or in fact for granting either a motion for new trial or modifying the subject judgment, entered July 26, 2004.

Defendant respectfully requests that said motion be denied.

Defendant Wells Fargo Bank's Response to Plaintiff's Motion
for New Trial and to Modify Judgment
Page 2

Respectfully submitted,

Spain & Olvera
103 East Price Road, Suite A
Brownsville, Texas 78521
(956) 547-9991 Telephone
(956) 547-9997 Facsimile

By: _____
J. Rolando Olvera, Jr.
State Bar No. 15278676
Federal ID No. 14673
ATTORNEY-IN-CHARGE for
Defendant Wells Fargo Bank

Defendant Wells Fargo Bank's Response to Plaintiff's Motion
for New Trial and to Modify Judgment
Page 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August, 2004, a true and correct copy of Defendant Wells Fargo Bank's Response to Plaintiff's Motion for New Trial and To Modify Judgment was forwarded via regular mail to Plaintiff and all counsel of record, to wit:

Mr. John Ocie Roberts, Pro Se
PO Box 1167
La Feria, Texas 78559

Mr. Tom Fleming
Fleming & Hernandez
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521

Mr. John A. Olson
Cameron County Commissioners Court, Civil Legal Division
964 East Harrison Street, Suite 420
Brownsville, Texas 78520

_____
J. ROLANDO OLVERA, JR.

Defendant Wells Fargo Bank's Response to Plaintiff's Motion
for New Trial and to Modify Judgment
Page 4