IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

JUL 0 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Chumada

| | | |
|---|---|---|
| JOHN OCIE ROBERTS,<br>Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-04-002 |
| WELLS FARGO BANK ET AL.,<br>Defendants. | §<br>§<br>§ | |

## ORDER

The Plaintiff has timely filed a Motion For New Trial and to Modify Judgment. Docket No. 41. While the Court is not unsympathetic to the Plaintiff's sense of disappointment, the Court finds that, for the reasons elaborated in its prior Memorandum Opinion and Order of July 26, 2004, Docket No. 40, the Plaintiff has stated no grounds for relief under FED. R. CIV. P. 59. Therefore, the Court hereby **DENIES** Plaintiff's Motion For New Trial and to Modify Judgment.

Signed in Brownsville, Texas, this 9th day of August, 2004.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE