IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-002 |
| | § | |
| WELLS FARGO BANK, ET AL. | § | |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, J. ROLANDO OLVERA, JR., and hereby files this notice of change of address as attorney of record for Defendant, Wells Fargo Bank. All further notices, orders and correspondence should be directed to the address listed below:

Spain & Olvera
Attention: Rolando Olvera
103 E. Price Road, Suite A
Brownsville, Texas 78521
Telephone (956) 547-9991
Facsimile (956) 547-9997
E-mail: rolvera@spain-law.com

This new address shall be effective immediately.

Respectfully submitted,

Spain & Olvera
103 E. Price Road, Suite A
Brownsville, Texas 78521
Telephone (956) 547-9991
Facsimile (956) 547-9997

By: _____
J. Rolando Olvera, Jr.
State Bar No. 15278676
Federal ID. No. 14673
Attorney-In-Charge for Defendant
Wells Fargo Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of August, 2004, a true and correct copy of the Notice of Change of Address has been forwarded via regular mail to Plaintiff and all counsel of record, to wit:

Mr. John Roberts, Pro Se
PO Box 1167
La Feria, Texas 78559

Mr. Tom Fleming
Fleming & Hernandez
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521

Mr. John A. Olson
Cameron County Commissioners Court, Civil Legal Division
964 East Harrison, Suite 420
Brownsville, Texas 78520

_____
J. ROLANDO OLVERA, JR.