UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | CIVIL ACTION NO. B-04-002 |
| | § | |
| vs. | § | |
| | § | |
| WELLS FARGO BANK ET AL | § | JURY |

## NOTICE OF APPEAL

Notice is hereby given that John Ocie Roberts, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from an order granting motions for summary judgment, dismissing case, and an order denying motion for new trial and modifying judgment.

Said orders were granted on July 26, 2004 and August 9, 2004, respectively.

Entered in this action on the 7th day of September, 2004.

John Ocie Roberts, Pro Se
P. O. Box 1167
La Feria, Texas 78589

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal had been hand delivered on this the 7th day of September, 2004.

John Ocie Roberts