# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. Harrison St. - Room #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

September 9, 2004

Mr. Charles R. Fulbruge, III, Clerk          Re: John Ocie Roberts vs.
                                                 Wells Fargo Bank, Et Al

U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130
                                              B-04-CV-002

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified Copy of Notice of Appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of ___ Volume(s) of the record; ___ Volume(s) of the transcript.

[ ] OTHER

In regard to the notice of appeal, the following information is furnished:

[ ] This case is proceeding in forma pauperis.

[X] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON: 09-08-04

[ ] U.S. District Judge entering final judgment is Andrew S. Hanen

{X} Court reporter assigned to this case is Barbara Barnard

[ ] If criminal case, number and names of defendants: _____

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours.

BY: Dahlila Ahumada
Dahlila Ahumada, Deputy Clerk

cc: file
Court of Appeals
John Ocie Roberts
Jose Rolando Olvera, Jr.
Tom Fleming
John Andrew Olson