## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK
CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

October 14, 2004

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 04-41238 Roberts v. Wells Fargo Bank
    USDC No. 1:04-CV-2

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

    By: _____
        Shawn D. Henderson, Deputy Clerk
        504-310-7668

cc: w/encl:
    Mr John Ocie Roberts
    Mr Tom W Fleming
    Mr John Andrew Olson
    Mr Jose Rolando Olvera

MDT-1

United States District Court
Southern District of Texas
FILED
OCT 26 2004
Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
RECEIVED
OCT 26 2004 11:15
Michael N. Milby, Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-41238

JOHN OCIE ROBERTS

Plaintiff - Appellant

v.

WELLS FARGO BANK, Formerly First Valley Bank, Formerly Raymondville State Bank; TOM FLEMING; DAN HUERTA

Defendants - Appellees

United States Court of Appeals
Fifth Circuit
**FILED**
October 14, 2004

Charles R. Fulbruge III
Clerk

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

CLERK'S OFFICE:

Under 5th CIR. R. 42.3, the appeal is dismissed as of October 14, 2004, for want of prosecution. The appellant failed to timely order transcript, make financial arrangements, and pay docketing fee.

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: Shawn D. Henderson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana   OCT 1 4 2004