IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED
NOV 2 2 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-002 |
| WELLS FARGO BANK ET AL., Defendants. | § § § | |

## ORDER

On July 26, 2004, the court granted Defendants' Motions for Summary Judgment. *Docket No. 40.* Two motions are still listed as pending: Defendant Huerta's Motion to Dismiss and to Compel a Rule 7(a) Reply (Docket No. 16) and Plaintiff's Motion for Leave to File Joint Case Management Plan (Docket No. 23). Due to the fact that this case has been closed and Plaintiff's appeal has already been dismissed (Docket No. 50), all pending motions are hereby **DENIED** as moot.

Signed in Brownsville, Texas, this 22nd day of November, 2004.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE