United States District Court
Southern District of Texas
FILED

DEC 2 9 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| JOHN OCIE ROBERTS | § | CIVIL ACTION NO. B-04-002 |
| | § | |
| VS. | § | |
| | § | |
| WELLS FARGO BANK, TOM | § | |
| FLEMING AND DON HUERTA | § | JURY |

## DESIGNATION OF RECORD FOR APPEAL

TO THE CLERK AND COURT REPORTER:

Plaintiff, John Ocie Roberts, hereby respectfully requests the preparation of record for appeal in the above styled and numbered cause, to include the following items in record and requesting he be advised of the cost hereof:

| Date Filed | # | Docket Text |
|---|---|---|
| 01/02/04 | 1 | Complaint |
| 01/02/04 | 2 | Order setting initial Pretrial and scheduling conference on 9:30 5/7/04 |
| 01/06/04 | 3 | Return of Service Wells Fargo Bank |
| 01/06/04 | 4 | Return of Service executed |
| 01/06/04 | 5 | Return of Service |
| 01/09/04 | 6 | Motion to dismiss pursuant to FRCP 12 (b) by Wells Fargo Bank, tom Fleming |
| 02/09/04 | 7 | Order granting motion to dismiss pursuant to FRCP 12 (b) entered |
| 02/17/04 | 8 | Motion to reinstate by John Ocie Roberts |
| 02/17/04 | 9 | Response by John Ocie Roberts to motion to dismiss pursuant to FRCP 12 (b) |

| | | |
|---|---|---|
| 02/24/04 | 10 | Motion to reinstate by Wells Fargo Bank, Tom Fleming Motion Docket Date |
| 03/22/04 | 11 | Notice of hearing: Hearing of plaintiff's motion to reinstate |
| 04/05/04 | 12 | Motion requesting leave for appearance |
| 04/16/04 | 16 | Motion to dismiss original complaint, compel a Rule 7 (a) Reply as to said Motion by Dan Huerta |
| 04/16/04 | 17 | Answer to complaint by Dan Huerta |
| 04/19/04 | 18 | Answer to complaint by Tom Fleming |
| 04/19/04 | 19 | Answer to complaint by Wells Fargo Bank |
| 05/03/04 | 20 | Motion for summary judgment by Tom Fleming, Motion Docket |
| 05/03/04 | 21 | Brief by Tom Fleming in support motion for summary judgment |
| 05/06/04 | 22 | Motion and brief in support for summary judgment by Wells Fargo Bank |
| 05/06/04 | 23 | Motion for leave to file Joint Case Management Plan by John Ocie Roberts |
| 05/28/04 | 25 | Response by John Ocie Roberts motion for summary judgment |
| 05/28/04 | 26 | Response by John Ocie Roberts motion for summary judgment |
| 05/28/04 | 27 | Response by John Ocie Roberts motion to dismiss original complaint |
| 05/28/04 | 28 | Response by John Ocie Roberts motion for summary judgment |
| 06/07/04 | 30 | Reply by Tom Fleming to plaintiff's response to motion for summary judgment |
| 06/10/04 | 31 | Amended motion to dismiss |

| 06/14/04 | 32 | Reply by Wells Fargo Bank to response to motion for summary judgment |
| 06/28/04 | 33 | Supplement to reply by John Ocie Roberts` |
| 06/28/04 | 34 | Motion for leave to file Plaintiff's Supplement to Defendant's Replies |
| 06/28/04 | 35 | Supplement response by John Ocie Roberts |
| 06/28/04 | 36 | Supplement to response by John Ocie Roberts |
| 06/28/04 | 37 | First supplement reply by John Ocie Roberts |
| 07/06/04 | 39 | Reply supplement by Tom Fleming |
| 07/26/04 | 40 | Memorandum Opinion granting motion for summary judgment |
| 08/05/04 | 41 | Motion for new trial and to modify judgment by John Ocie Roberts |
| 08/05/04 | 42 | Reply to motion for new trial and to modify judgment by Tom Fleming. |
| 08/09/04 | 43 | Response by Wells Fargo Bank motion for new trial and to Modify Judgment |
| 08/09/04 | 44 | Denying motion for new trial and to Modify judgment |
| 08/19/04 |    | Deadline updated granting motion to reinstate |
| 09/08/04 | 46 | Notice of Appeal by John Ocie Roberts |

    Would you please inform me of any other fees and costs I must bear in order to have this record submitted to the appeals court.

Respectfully submitted,

John Ocie Roberts
P. O. Box 1167
La Feria, Texas 78559

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | CIVIL ACTION NO. B-04-002 |
| | § | |
| VS. | § | |
| | § | |
| WELLS FARGO BANK, TOM | § | |
| FLEMING AND DON HUERTA | § | JURY |

**CERTIFICATE AS TO TRANSCRIPTS**

I hereby certify that I shall not be requesting any transcripts from the hearings on this case.

Respectfully submitted,

John Ocie Roberts
P. O. Box 1167
La Feria, Texas 78559

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing certificates for Appeal has been hand delivered on this the 28th day of December, 2004 to

John Ocie Roberts