UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 2 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | CIVIL ACTION NO. B-04-002 |
| | § | |
| VS. | § | |
| | § | |
| WELLS FARGO BANK, TOM | § | |
| FLEMING AND DAN HUERTA | § | JURY |

### SUPPLEMENTAL TO DESIGNATION OF RECORD FOR APPEAL

TO THE CLERK AND COURT REPORTER:

Plaintiff, John Ocie Roberts, hereby respectfully requests the preparation of record for appeal in the above styled and numbered cause, to include the following items in record and requesting he be advised of the cost hereof:

1. Order on Defendant's, Huerta, Motion to Dismiss.

2. Motion for leave to allow Plaintiff to response to Defendant's, Huerta's motion.

3. Amended Notice of Appeal.

4. This Supplemental to Designation of Record for Appeal.

Respectfully submitted,

John Ocie Roberts
P. O. Box 1167
La Feria, Texas 78589

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Designation of Record for Appeal has been hand delivered on this the 11th day of January, 2005 to opposing counsel.

John Ocie Roberts