United States District Court
Southern District of Texas
FILED

FEB 1 7 2005

Michael N. Milby
Clerk of Court

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

January 31, 2005

United States District Court
Southern District of Texas
RECEIVED

FEB 1 7 2005

Michael N. Milby, Clerk

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

        No. 04-41238 Roberts v. Wells Fargo Bank
        USDC No.  1:04-CV-2

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

            Sincerely,

            CHARLES R. FULBRUGE III, Clerk

            By: _____
                Jodi Rodrigue, Deputy Clerk
                504-310-7718

cc: w/encl:
    Mr John Ocie Roberts
    Mr Tom W Fleming
    Mr Jose Rolando Olvera

MDT-1

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 04-41238

---

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 31, 2005

JOHN OCIE ROBERTS

   Plaintiff - Appellant

    v.

Charles R. Fulbruge III
Clerk

WELLS FARGO BANK, Formerly First Valley Bank, Formerly
Raymondville State Bank; TOM FLEMING; DAN HUERTA

   Defendants - Appellees

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

   Under 5TH CIR. R. 42.3, the appeal is dismissed as of
January 31, 2005, for want of prosecution.  The appellant failed
to timely file brief and record excerpts.

       CHARLES R. FULBRUGE III
       Clerk of the United States Court
       of Appeals for the Fifth Circuit

       By: _____
        Jodi Rodrigue, Deputy Clerk

      ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit

By _____
Deputy
New Orleans, Louisiana
JAN 31 2005