# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

March 24, 2005

United States District Court
Southern District of Texas
FILED

MAR 2 8 2005

Michael N. Milby
Clerk of Court

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 04-41238 Roberts v. Wells Fargo Bank
         USDC No. 1:04-CV-2

The following is (are) returned:

Original Record on Appeal, ( 3 ) Vols.

Original Exhibits, ( 1 ) Env.

         Sincerely,

         CHARLES R. FULBRUGE III, Clerk

      By: _____
         Shawn D. Henderson, Deputy Clerk
         504-310-7668

REC-3